IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 0 6 2016

James N. Hatten, Clerk
By: /s/ M Cauu
Deputy Clerk

| | | |
|---|---|---|
| EDGAR CINTORA-GONZALEZ, | : | |
| Movant | : | CRIMINAL ACTION FILE NO. |
| | : | 1:12-CR-078-3-ODE-RGV |
| v. | : | |
| | : | CIVIL ACTION FILE NO. |
| UNITED STATES OF AMERICA, | : | 1:15-CV-3187-ODE-RGV |
| Respondent | : | |

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Russell G. Vineyard filed November 23, 2015 ("R&R") [Doc. 347]. No objections have been filed.

In the R&R, Judge Vineyard recommends that Movant's § 2255 motion be dismissed as time barred. Judge Vineyard also recommends that a certificate of appealability ("COA") be denied. Specifically, Judge Vineyard found that Movant has not presented anything to suggest that the circumstances set forth in 28 U.S.C. § 2255(f)(2)-(4) justify equitable tolling and Movant does not contend that he is actually innocent. In addition, a COA should be denied because it is not debatable that the § 2255 motion is untimely.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's § 2255 motion [Doc. 328] is DISMISSED as time barred, and a COA is DENIED.

SO ORDERED, this __5__ day of May, 2016.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE